UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CLARENCE DAVIS, SR. (#104410)

VERSUS

JAMES LEBLANC, WARDEN, ET AL.

CIVIL ACTION

NO. 06-668-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated October 27, 2008 (doc. no. 39). The plaintiff filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's action is DISMISSED for the reasons stated in the initial Magistrate Judge's Report and Recommendation (doc. no. 28).

Baton Rouge, Louisiana, this 12th day of November, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA